

Villanova University School of Law

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-14-2013

# Roy Green v. Warden Bledsoe

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-3254

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

## Recommended Citation

"Roy Green v. Warden Bledsoe" (2013). *2013 Decisions.* Paper 372.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/372

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3254

_____

ROY ALLEN GREEN,

                                             Appellant

v.

WARDEN BLEDSOE; ASSOCIATE WARDEN HUDSON; ASSOCIATE WARDEN
MAJORANA; CAPTAIN TRATE; LT. HEPNER; LT. SCAMPONI; LT. EDINLER;
BROWN, Health Services Admin; DR. PIGOS; PIEORIA, Physicians Assistant;
RN DELEON

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 11-cv-00481)
District Judge:  Honorable John E. Jones III

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 12, 2013

Before:   SMITH, CHAGARES and SHWARTZ, Circuit Judges

ORDER

        The per curiam opinion filed on August 8, 2013 in this matter is amended as
follows:  On page 5, the extraneous footnote "5" after the word "submitted." and before
"R&R at 40" is excised.

                                        By the Court:

                                        /s/ D. Brooks Smith
                                        U.S. Circuit Judge

DATED:  August 14, 2013